David Abrams, Attorney at Law (DA-8126)
305 Broadway, 5th Floor
New York, New York 10007
Tel. 212-897-5821 Fax 212-897-5811

United States District Court
Southern District of New York

_____
                                    )
M. Gonzalez,                        )
                                    )
            Plaintiff,              )
                                    )
      - against -                   )    No. 08 cv 5487 (DAB)(RLE)
                                    )
Convent of the Sacred Heart a/k/a   )
Convent of the Sacred Heart School a/k/a  )
Female Academy of the Sacred Heart, )
                                    )
            Defendant.              )
_____)

I, David Abrams, served the summons and complaint in this matter on the Defendant as follows: by delivering the same to Carl Schellhorn (white male, 5'11', 165 lbs, gray hair, green eyes) at 1 East 91st Street, New York, New York, 10128 on June 23, 2008 at 9:35 AM. I declare under penalty of perjury that the foregoing information is true and correct.

                              Respectfully submitted,

                              /s/ David Abrams
                              _____

                              David Abrams (DA-8126)

Dated: June 25, 2008
New York, New York