```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M. Gonzalez,

        Plaintiff,

v.

Convent of the Sacred Heart a/k/a Convent of the
Sacred Heart School a/k/a Female Academy of the
Sacred Heart,

        Defendant.

08-cv-5487
(DAB)

## STIPULATION EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the Plaintiff and for the Defendant in the above-captioned matter, that:

1. the time for the Defendant to answer, move or otherwise respond to the Complaint in the above-captioned matter is hereby extended to, and includes, August 29, 2008; and

2. the Defendant agrees to waive any defect in the manner of the service of the Complaint in the above-captioned matter.

Dated: July 25, 2008

**David Abrams**
**Attorney At Law**

By: _____
David Abrams (DA-8126)
305 Broadway
New York, New York 10007

Nixon Peabody LLP

By: _____
Randy S. Gidseg (RG-9024)
437 Madison Avenue
New York, New York 10022

212-897-5821 (Tel)
212-897-5811 (Fax)
dnabrams@gmail.com

*Attorneys for the Plaintiff*

212-940-3047 (Tel)
866-479-5045 (Fax)
rgidseg@nixonpeabody.com

*Attorneys for the Defendant*

SO ORDERED:

*Deborah A. Batts*
Judge Deborah A. Batts, U.S.D.J.    7/25/2008